BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00106-WBS-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,520.00 IN U.S. CURRENCY, | |
| Defendant | |

It is hereby stipulated by and between the United States of America and claimant Steven Allen Souza ("claimant"), by and through their respective counsel, as follows:

1.      On or about May 23, 2014, claimant Steven Allen Souza filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,520.00 in U.S. Currency (hereafter "defendant currency"), which was seized on November 25, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

1  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
2  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative
3  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of
4  the parties.  That deadline is August 21, 2014.

5     4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further
6  extend to October 20, 2014, the time in which the United States is required to file a civil complaint for
7  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant
8  currency is subject to forfeiture.

9     6. Accordingly, the parties agree that the deadline by which the United States shall be
10 required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment
11 alleging that the defendant currency is subject to forfeiture shall be extended to October 20, 2014.

12 Dated:     8/20/14                            BENJAMIN B. WAGNER
                                                United States Attorney
13
                                                 /s/ Kevin C. Khasigian
14                                              KEVIN C. KHASIGIAN
                                                Assistant U.S. Attorney
15

16 Dated:     8/19/14                             /s/ Alison Bermant
                                                ALISON BERMANT
17                                              Attorney for Claimant Steven Allen Souza

18                                              (Authorized via email)

19

20 IT IS SO ORDERED.

21 Dated:  August 25, 2014

22

23                                              WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE
24

2

Stipulation to Extend Time to File Complaint